# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:22-CV-141 |
| ) | |
| v. ) | JUDGES _____ |
| ) | |
| A 2020 SALEM 29VBUD TRAVEL TRAILER, ) | |
| VIN# 4X4TSME27LA326167, REGISTERED ) | |
| TO SARRAH WILLHITE, 680 GLADES ) | |
| ROAD, STE 7, GATLINBURG, TENNESSEE ) | |
| 37738; AND ) | |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 265 MIDNIGHT WAY, ) | |
| PARROTTSVILLE, TENNESSEE 37843, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SEAL AFFIDAVIT

The United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby moves this Court for an Order sealing the Affidavit in Support of the Verified Complaint *In Rem* in the above-referenced case on the grounds that disclosure of the Affidavit at this time may jeopardize the on-going criminal investigation.

WHEREFORE, the United States respectfully moves this Court to seal the Affidavit in Support of the Verified Complaint *In Rem* until the related criminal investigation is complete.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Gretchen Mohr*
GRETCHEN MOHR
Assistant United States Attorney
NY Bar No. 5064704
800 Market Street, Suite 211
Knoxville, Tennessee 37902
gretchen.mohr@usdoj.gov
(865) 545-4167